UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:10cr103

| | |
|---|---|
| UNITES STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRUCE WARREN FARLOW, )<br>)<br>Defendant. ) | **CONSENT ORDER AND<br>JUDGMENT OF FORFEITURE** |

FILED
CHARLOTTE, NC

OCT 27 2010

US DISTRICT COURT
WESTERN DISTRICT OF NC

UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. §§ 981 and 981 and/or 28 U.S.C. § 2461(c):

**Any and all currency and monetary instruments that were involved in the crimes alleged in the bill of indictment, including the sum of $285,000 in proceeds and funds involved in the alleged violations.**

2. A forfeiture money judgment in the amount of $285,000 shall be included in the sentence of the Defendant, and the United States Department of Justice may take steps to collect the judgment from any property of the Defendant, in accordance with the substitute asset provisions of 21 U.S.C. § 853(p);

The parties stipulate and agree that the aforementioned judgment amount represents asset(s) derived from or traceable to property involved in Defendant's crime(s) herein and is therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982 and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the

forfeiture in the judgment against Defendant.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
BENJAMIN BAIN-CREED, ESQ.
Assistant United States Attorney

_____
BRUCE WARREN FARLOW
Defendant

_____
PETER ADOLF, ESQ.
Attorney for the Defendant

Signed this the 27 day of October, 2010.

_____
UNITED STATES Magistrate JUDGE